1  Grant Kinsel, Bar No. 172407
   gkinsel@perkinscoie.com
2  **Perkins Coie LLP**
3  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
4  Telephone: 310.788.9900
5  Facsimile 310.788.3399

6  Jerry A. Riedinger, admitted *pro hac vice*
   JRiedinger@perkinscoie.com
7  Kyle M. Amborn, admitted *pro hac vice*
8  KAmborn@perkinscoie.com
   **Perkins Coie LLP**
9  1201 Third Avenue, Suite 4800
10 Seattle, WA 98101-3099
   Telephone: 206.359.8000
11 Facsimile: 206.359.9000

Attorneys for **JW Pharmaceutical Corp.**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JW PHARMACEUTICAL CORP.**, a Republic of Korea corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>**MICHAEL KAHN; PRISM BIOLAB CORP.**, a Japan corporation,<br><br>*Defendants*. | Case No. 2:12-cv-01006-JAK-RZ<br><br>**STIPULATION TO STRIKE MOTION FOR SECURITY FOR COSTS AND REQUEST POSTING OF BOND AS SECURITY**<br><br>Date: July 9, 2012<br>Time: 8:30 a.m.<br><br>The Honorable John A. Kronstadt |

Plaintiff, JW Pharmaceutical Corp. ("JWP") and Defendant Michael Kahn ("Kahn"), through their respective counsel, enter into this Stipulation to strike Kahn's Motion for Security for Costs and require the posting of a bond by JWP as security for costs:

1. Kahn filed a Motion for Security for Costs (Dkt. 25) on June 4, 2012 ("Motion").

2. JWP has agreed to post a bond in the sum of $250,000 to pay any costs and attorneys' fees that may be awarded to Kahn in this action, but does not agree that such a bond is obligated pursuant to California Civil Procedure Code § 1030(a).

3. In exchange for JWP's agreement to post a bond, Kahn has agreed to strike the Motion and will not use this stipulation to assert that JWP has agreed that California Civil Procedure Code § 1030(a) applies or required the posting of a bond.  JWP will not use this stipulation to assert that Kahn has agreed that California Civil Procedure Code § 1030(a) does not apply or require the posting of a bond, or to oppose any future motion by Kahn for an order requiring the posting of a larger bond.

4. JWP and Kahn therefore stipulate to entry of, and request that the Court enter, the [Proposed] Stipulated Order Requiring Posting of Bond as Security for Costs that accompanies this Stipulation.

Dated this 18th day of June 2012.

| | |
|---|---|
| /s/ *Kyle M. Amborn* | /s/ *Stuart R. Dunwoody* |
| Grant Kinsel | Stuart R. Dunwoody |
| State Bar No. 172407 | Admitted Pro hac Vice |
| Jerry A. Riedinger | Benjamin J. Byer |
| Admitted *pro hac vice* | Admitted Pro hac Vice |
| Kyle M. Amborn | Jennifer L. Brockett |
| Admitted *pro hac vice* | State Bar No. 193433 |
| PERKINS COIE LLP | DAVIS WRIGHT TREMAINE LLP |
| | |
| **Attorneys for Plaintiff JW Pharmaceutical Corp.** | **Attorneys for Defendant Michael Kahn** |