Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile 310.788.3399

Jerry A. Riedinger, admitted *pro hac vice*
JRiedinger@perkinscoie.com
Kyle M. Amborn, admitted *pro hac vice*
KAmborn@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for **JW Pharmaceutical Corp.**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW PHARMACEUTICAL CORP., a Republic of Korea corporation,<br><br>    *Plaintiff*,<br><br>    v.<br><br>MICHAEL KAHN; PRISM BIOLAB CORP., a Japan corporation,<br><br>    *Defendants*. | Case No. 2:12-cv-01006-JAK-RZ<br><br>**PLAINTIFF JW PHARMACEUTICAL CORP.'S RESPONSE TO KAHN'S MOTION FOR SECURITY FOR COSTS**<br><br>Date: July 9, 2012<br>Time: 8:30 a.m.<br><br>The Honorable John A. Kronstadt |

1  In response to Defendant Michael Kahn's ("Kahn") Motion for Security for Costs (Dkt. 25), JW Pharmaceutical Corp. ("JWP") refers to the Stipulation to Strike Motion for Security for Costs and Request Posting of Bond as Security, which was entered into by JWP and Kahn and filed earlier today (Dkt. 34).

DATED: June 18, 2012

**PERKINS COIE LLP**
Grant Kinsel
Jerry A. Riedinger (*pro hoc vice*)
Kyle M. Amborn (*pro hoc vice*)


By: /s/ *Kyle M. Amborn*
           Kyle M. Amborn

**Attorneys for Plaintiff
JW Pharmaceutical Corp.**